UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Carlton Knowles

    Plaintiff

    v.                            CIVIL ACTION NO. 1:18-10558-RGS

PPF Boston Harbor TRS, LLC

    Defendant

### SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

    The Court having been advised on June 25, 2018, that the above-entitled action has been settled;

    It is ORDERED that this action is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within (30) days if settlement is not consummated.

                                          By the Court,

Dated: June 25, 2018                       /s/ Arnold Pacho
                                                   Deputy Clerk